[Civil No. 557.]

C. B. RELTON, Plaintiff in Error, v. COLIN CAMERON, Defendant in Error.

ERROR to the District Court of the First Judicial District in and for the County of Pima. J. D. Bethune, Judge.

Barnes & Martin, for Plaintiff in Error.

Rochester Ford, for Defendant in Error.

February 26, 1897. Dismissed.

[Civil No. 563.]

SAMUEL GOODMAN, Defendant, and R. E. DAGGS, Intervener, Appellants, v. B. N. FREEMAN et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

A. J. Daggs, and J. B. Woodward, for Appellants.

Fitch & Campbell, and E. M. Doe, for Appellees.

February 26, 1897. Affirmed.

[Civil No. 564.]

SAMUEL GOODMAN, Defendant, and R. E. DAGGS, Intervener, Appellants, v. B. N. FREEMAN et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

A. J. Daggs, and J. B. Woodward, for Appellants.

Fitch & Campbell, and E. M. Doe, for Appellees.

February 26, 1897. Affirmed.